## "Exhibit A" to Allegheny County Emergency Motion

|     | Case Caption | Docket Number | Assigned Judge |
| --- | --- | --- | --- |
| 1.  | Kimberly Andrews v. Allegheny County, et al. | 2:19-cv-00670 | Marilyn J. Horan |
| 2.  | APCO v. County of Allegheny | 2:19-cv-01353 | William S. Stickman |
| 3.  | Maureen Beaumont v. Allegheny County Emergency Services | 2:20-cv-00234 | Patricia L. Dodge |
| 4.  | Rebecca Brown et al., v. TSA, et al. | 2:20-cv-00064 | Lisa Pupo Lenihan |
| 5.  | Allan Camp v. Allegheny County, et al. | 2:19-cv-00635 | Patricia L. Dodge |
| 6.  | Richard Desabetino v. Sean Biagini, et al. | 2:16-cv-00341 | Cynthia Reed Eddy |
| 7.  | Carl English v. Allegheny County, et al. | 2:18-cv-00651 | Maureen P. Kelly |
| 8.  | Adam Anderson, on behalf of Joel Valazquez-Reyes, deceased, v. Allegheny County, et al. | 2:19-cv-00612 | Maureen P. Kelly |
| 9.  | Andrea Crawford, Adminstratrix of the Estate of Monty Crawford v. Corizon Health, Inc., et al. | 1:17-cv-00113 | Barbara Rothstein |
| 10. | Valerie Findley v. CYF, et al. | 2:20-cv-00088 | Marilyn J. Horan |
| 11. | Jeanna Fisher v. Allegheny County, et al. | 2:19-cv-00786 | Cathy Bissoon |
| 12. | Isaac Guest and Nicole Guest v. Allegheny County, et al. | 2:20-cv-00130 | Patricia L. Dodge |
| 13. | Richard Allen Hammonds II v. Allegheny County Bureau of Corrections, et al. | 2:18-cv-01389 | Cynthia Reed Eddy |
| 14. | Daelon Hill-Johnson v. Deangeus, et al. | 2:19-cv-01277 | Lisa Pupo Lenihan |
| 15. | Randall E. Hockett v. Wilkinsburg Police Department, et al. | 2:18-cv-01213 | Cynthia Reed Eddy |

| 16. | Kyle Holbrook v. City of Pittsburgh, et al. | 2:18-cv-00539 | Assigned to Marilyn J. Horan<br>Referred to Patricia Dodge |
|---|---|---|---|
| 17. | William Holmes v. Allegheny County Health Network, et al. | 2:19-cv-00661 | Lisa Pupo Lenihan |
| 18. | Julius Hurt v. Allegheny County Medical Staff, et al. | 2:19-cv-00653 | Lisa Pupo Lenihan |
| 19. | Ashley McBride "Jane Doe" v. Allegheny County, et al. | 2:19-cv-00954 | Maureen P. Kelly |
| 20. | Eric Miskovitch v. Orlando Harper | 2:19-cv-00833 | Lisa Pupo Lenihan |
| 21. | Bianca Morris v. Orlando Harper, et al. | 2:19-cv-01639 | J. Nicholas Ranjan |
| 22. | Tara Pellecchia v. Allegheny County | 2:17-cv-00242 | Nora Barry Fischer |
| 23. | Anthony Ptomey v. Allegheny County Bureau of Corrections, et al. | 2:19-cv-00029 | Lisa Pupo Lenihan |
| 24. | Public Interest Legal Foundation v. David Voye, et al. | 2:20-cv-00279 | Cynthia Reed Eddy |
| 25. | Leo Russo v. County of Allegheny | 2:18-cv-00097 | Mark R. Hornak |
| 26. | Jason Shallenberger v. Allegheny County, et al. | 2:20-cv-00073 | J. Nicholas Ranjan |
| 27. | Vance Strader v. US Bank, et al. | 2:19-cv-00118 | J. Nicholas Ranjan |
| 28. | Antron Talley v. Orlando Harper, et al. | 2:14-cv-01411 | Cynthia Reed Eddy |
| 29. | Natalie Vallecorsa v. Allegheny County, et al. | 2:19-cv-01495 | J. Nicholas Ranjan |
| 30. | Jules Williams v. Allegheny County, et al. | 2:17-cv-01556 | Marilyn J. Horan |